UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAIL HORNBUCKLE,

        Plaintiff,         Case no. 13-12785
                                    Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge David R. Grand's June 17, 2014 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.


                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: July 25, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 25, 2014, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager